NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICKENSON DECEMBRE, )
)
Appellant, )
)
v. )          Case No. 2D17-4792
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed November 30, 2018.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
And Megan Olson, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.


Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.